LAW OFFICE OF

JEFFREY S. DUBIN

464 NEW YORK AVENUE
SUITE 140
HUNTINGTON, NY 11743

TELEPHONE
(631) 351-0300

TELECOPIER
(631) 351-1900

INTERNET
dubinjs@cs.com

December 3, 2007
*Via Federal Express*

Hon. Colleen McMahon
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

**MEMO ENDORSED**

Re:  CARLA ROMITA, LAWRENCE SCUDER, ANTHONY E. FEDA, JOHN MANISCALCO, and ALLISON A. HEANEY, as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND *V*. HOP ENERGY, LLC,
**Civil Action No.: 07cv9820(CM/GWG)**

Dear Judge McMahon:

The attached letter was mailed to you on November 15, 2007 and delivered by Federal Express on November 16, 2007.

I respectfully request the Court grant our request to adjourn the pre-trial conference scheduled for Friday, January 18, 2008 at 10:00 a.m.

Very truly yours,

Jeffrey S. Dubin

enclosure

JSD:cs

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

*[signed]* Colleen McMahon
12/5/07