UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Carla Romita, et al,

       Plaintiff(s),                    07 Civ 9820 (CM) (GWG)

   -against-

Hop Energy, LLC,                    CALENDAR NOTICE

       Defendant(s).
------------------------------------------------------------X

      Please take notice that the above captioned matter has been re-scheduled for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference   ___ Plea Hearing          (Bankruptcy Appeal)
✓ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial          ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 25, 2008 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: December 5, 2007
       New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07