Robert Laplaca (RL-4545)
LEVETT ROCKWOOD P.C.
Attorneys for Defendant
33 Riverside Avenue
Westport, CT 06880
(203) 222-0885
(203) 226-8025 FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carla Romita, Lawrence Scuder, Anthony E. Feda, John Maniscalco, and Allison A. Heaney, as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HOP ENERGY, LLC,<br><br>            Defendant. | **07 Civ. 9820 (CM/GWG)**<br><br>**ECF Case**<br><br><br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant HOP Energy, LLC.

I certify that I am admitted to practice in this court.

Dated: December 10, 2007

    /s/ Robert Laplaca
Robert Laplaca (RL 4545)
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06880
Telephone:  (203) 222-0885
Facsimile:  (203) 226-8025
rlaplaca@levettrockwood.com

## <u>CERTIFICATION</u>

I hereby certify that on December 10, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.


/s/ Robert Laplaca
Robert Laplaca, Esq.


149272