```
U.S. DISTRICT COURT                                              N
SOUTHERN-NY DISTRICT OF NEW YORK             Index # 07 CIV 9820
                                             Date Index # Filed 11/06/07
```

Plaintiff(s)
CARLA ROMITA, LAWRENCE SCUDER, ANTHONY E. FEDA, ET AL.,

Jeffrey S. Dubin
464 New York Ave.#100
- against -                                       AFFIDAVIT        Huntington, NY 11743

Defendant(s)
HOP ENERGY, LLC

Court Date:
Your File No:
Our Rec. No: 273252

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Jeffrey Campolo, being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen and resides in the State of New York.

That on 11/26/07 at 12:15PM at:

    4 WEST RED OAK LANE
    WHITE PLAINS, NY  10604

deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION, JUDGE'S INDIVIDUAL**
on HOP ENERGY, LLC recipient therein named.

By delivering to and leaving with SAM MORALES
at 4 WEST RED OAK LANE, WHITE***
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 60     Approximate Weight: 170     Approximate Height: 5'7"
Color of Skin: WHITE      Color of Hair: BLACK        Sex: MALE
***PLAINS, NY.....**RULES AND INSTRUCTIONS, PROCEDURES AND
GUIDELINES FOR FILING AN ELECTRONIC CASE

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 12/03/07
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

Jeffrey Campolo