McMahon, J

Jeffrey S. Dubin (JD-0446)
Robert M. Saltzstein (RS-2815)
Attorneys for Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

and

Robert Laplaca (RL-4545)
LEVETT ROCKWOOD P.C.
Attorneys for Defendant
33 Riverside Avenue
Westport, CT 06880
(203) 222-0885
(203) 226-8025 FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carla Romita, Lawrence Scuder, Anthony E. Feda, John Maniscalco, and Allison A. Heaney, as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HOP ENERGY, LLC,<br><br>Defendant. | 07 Civ. 9820 (CM/GWG)<br><br>ECF Case<br><br>**STIPULATION AND ORDER** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that:

    1.    The Summons and Complaint in this action were served upon the Defendant on November 20, 2007;

    2.    The original time to answer or otherwise plead in response to the Complaint herein is December 10, 2007;

3.  The time in which Defendant shall answer or otherwise plead in response to the Complaint is hereby extended to and including January 10, 2008, and

4.  No previous request for an extension of time in this case has been made.

Dated: December 10, 2007

*[signature]*

Jeffrey S. Dubin (JD-0446)
Attorneys for Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
dubinjs@cs.com

Respectfully submitted,

LEVETT ROCKWOOD P.C.

By: *[signature]*
  Robert Laplaca (RL-4545)
Attorneys for Defendant
33 Riverside Avenue
Westport, CT 06880
(203) 222-0885
(203) 226-8025 FAX
rlaplaca@levettrockwood.com

IT IS SO ORDERED THIS

12 day of December, 2007

*[signature]*

Hon. Colleen McMahon
United States District Judge

149265