Robert Laplaca (RL-4545)
LEVETT ROCKWOOD P.C.
Attorneys for Defendant
33 Riverside Avenue
Westport, CT 06880
(203) 222-0885
(203) 226-8025 FAX
rlaplaca@levettrockwood.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carla Romita, Lawrence Scuder, Anthony E. Feda, John Maniscalco, and Allison A. Heaney, as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND,<br><br>                   Plaintiffs,<br><br>          vs.<br><br>HOP ENERGY, LLC,<br><br>                   Defendant. | **07 Civ. 9820 (CM/GWG)**<br><br>**ECF Case**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the Defendant, HOP Energy, LLC states that it is wholly-owned by HOP Holdings, Inc. and that a subsidiary of Bank of America owns 10% or more of the stock of HOP Holdings, Inc.

Dated: January 22, 2008

Respectfully submitted,

LEVETT ROCKWOOD P.C.


By: ____/s/ Robert Laplaca
    Robert Laplaca (RL-4545)
    Attorneys for Defendant
    33 Riverside Avenue
    Westport, CT 06880
    (203) 222-0885
    (203) 226-8025 FAX
    rlaplaca@levettrockwood.com

151030